

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2020

No. 04-20-00457-CV

**WK PROPERTIES, INC.,** WTK Services, Inc., and WTK Properties, LTD.,
Appellants

v.

**PERRIN SA PLAZA, LLC,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19383
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Appellants' brief is currently due to be filed on November 30, 2020. On November 17, 2020, appellants filed an unopposed motion requesting an additional 45 days to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief by January 14, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court